UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOANNE PREJEAN,                     CASE NO. 06-CV-10100
                                                               HON. LAWRENCE P. ZATKOFF

      Plaintiff,

vs.

PIZZA HUT OF AMERICA,
INC., et al.,

      Defendants.
                                        /

**ORDER**

This matters is before the Court upon Defendant Pizza Hut of America, Inc.'s Response to the Court's Order to Show Cause dated February 6, 2006 (Docket #3), wherein the Court ordered Defendant to establish that the amount in controversy exceeded $75,000 such that the Court would have jurisdiction over the underlying case. *See* 28 U.S.C. § 1332.  Having reviewed the Defendant's response and the affidavit in support thereof, the Court finds that Defendant has established that the amount in controversy exceeds $75,000 and that the Court should exercise jurisdiction over this case.   Accordingly, the Order to Show Cause issued to Defendant on February 6, 2006, is hereby DISMISSED.

      IT IS SO ORDERED.

                                                                      s/Lawrence P. Zatkoff
                                                                      LAWRENCE P. ZATKOFF
Date: March 6, 2006                               UNITED STATES DISTRICT JUDGE

S:\Marie ECF\prejean osc.wpd